JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RECEIVED JUL 18 2019 CLERK U.S. DISTRICT WESTERN DISTRICT

| | |
|---|---|
| Federal Trade Commission, and<br><br>State of Ohio ex rel. Attorney General Dave Yost,<br><br>   Plaintiffs,<br><br>v.<br><br>**Madera Merchant Services, LLC**, dba E Check Processing and echeckprocessing.net, a Texas company,<br><br>**B&P Enterprises, LLC,** a Texas company,<br><br>**Bruce C. Woods**, individually and as an owner, officer, member, and/or manager of Madera Merchant Services, LLC, and B&P Enterprises, LLC,<br><br>**Patricia Woods,** individually and as an owner, manager, and/or member of Madera Merchant Services, LLC, and B&P Enterprises, LLC,<br><br>and<br><br>**Victor Rodriguez,** individually and as an officer, member, and/or manager of Madera Merchant Services, LLC, and B&P Enterprises, LLC,<br><br>   Defendants. | No. ___:19-CV-_____<br><br>**EP19CV0195**<br><br>[Proposed] ORDER TEMPORARILY SEALING DOCKET AND ENTIRE FILE<br><br>(FILED UNDER SEAL) |

This matter is before the Court on the *Ex Parte* Motion of Plaintiffs Federal Trade Commission and State of Ohio for to Temporarily Seal the Docket and Entire File under Civil Local Rule CV-5.2(a). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration,

It is **HEREBY ORDERED AND ADJUDGED** that Plaintiffs' *Ex Parte* Motion Temporarily Seal the Docket and Entire File is hereby **GRANTED**. Plaintiffs have demonstrated a compelling interest in temporarily sealing the entire file in this case. The temporary seal is necessary to prevent the likely destruction of documents and the dissipation of assets.

**IT IS FURTHER ORDERED** that the entire file, docket sheet and all pleadings and papers in the above-captioned matter shall be temporarily sealed. The seal shall lift automatically without further order of the Court at 5 P.M. Mountain Time on _____.

**IT IS FURTHER ORDERED** that this Order does not preclude the Clerk of the Court from providing counsel for Plaintiffs with copies of orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit Plaintiffs or the Court-appointed Temporary Receiver from providing this Order and any pleadings and papers filed to: the Court-appointed Temporary Receiver, the Defendants, process servers, financial institutions, other persons or entities who may hold assets of the Defendants, law enforcement authorities, consumer victims, potential witnesses for a possible preliminary injunction hearing, and credit reporting agencies.

**IT IS FURTHER ORDERED** that persons who receive notice of this action and this Order before the seal is lifted shall not disclose the existence of this action, Order, or the terms of any orders entered by this Court, except to the extent necessary to implement any temporary restraining order that the Court may enter.

**DONE AND ORDERED**, this ____ day of _____, 2019

_____
United States District Judge